JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE LEWALLEN, an individual California resident,<br><br>Plaintiff<br><br>v.<br><br>CVS PHARMACY, INC. a Rhode Island corporation, CAREMARK, LLC, a California corporation and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 8:19-cv-02121-DOC-ADS<br>*(Assigned to Judge David O. Carter)*<br><br>**ORDER RE JOINT STIPULATION FOR REMAND TO STATE COURT** |

# ORDER

In light of the Parties' Joint Stipulation to Remand to State Court, and for good cause shown, it is HEREBY ORDERED:

1. This case is to be remanded to Superior Court of the State of California, County of Orange; and

2. Status Conference scheduled for March 16, 2020, shall be vacated.

**IT IS SO ORDERED.**

Dated: March 13, 2020

_David O. Carter_
_____
Honorable Judge David O. Carter
Judge of the United States District Court
Central District of California